# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SERGIO LEMARE ROBINSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BALTIMORE COUNTY POLICE )<br>DEPARTMENT, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 21-cv-02997-LKG<br><br>Dated: October 12, 2022 |

## ORDER

On August 19, 2022, the Court issued a Memorandum Opinion and Order in the above-captioned matter, granting Baltimore County's motion to dismiss and directing the remaining defendants in this case to answer, or otherwise respond to, the amended complaint, on or before September 30, 2022. *See* ECF No. 25. The remaining defendants are the Baltimore County Police Department and individual police officers, whose first names are unknown.

Thereafter, on September 9, 2022, counsel for Baltimore County, Bradley J. Neitzel, filed correspondence stating that none of the remaining defendants have been served under Fed. R. Civ. P. 4. ECF No. 26. Also on September 9, 2022, plaintiff filed correspondence in response to Mr. Neitzel. ECF No. 27. In this correspondence, plaintiff states that his failure to serve the remaining defendants is a result of Baltimore County's refusal to provide the information needed to effectuate service. *See id.*

In light of the foregoing, the Court:

1. **DIRECTS** Mr. Neitzel, to provide plaintiff with the information needed to effectuate service on the officer defendants or, in the alternative, to accept service on their behalf, on or before **October 19, 2022**; and

2.  **DIRECTS** plaintiff to **FILE** a status report informing the Court of the status of service on or before **November 2, 2022.**

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby  
LYDIA KAY GRIGGSBY  
United States District Judge