UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SERGIO LEMARE ROBINSON, | * |
| Plaintiff, | * |
| v. | * Civil Action No.: 1:21-cv-2997-LKG |
| THE BALTIMORE COUNTY POLICE DEPARTMENT, et al., | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO DISMISS OR FOR SUMMARY JUDGMENT

Defendants Officer Twisdale, Officer Stefanik, Officer Johnson, and Officer Hoerr, by and through their undersigned counsel, hereby file this Motion to Dismiss or for Summary Judgment, and for reasons stated in the accompanying Memorandum in Support of Motion to Dismiss or for Summary Judgment, incorporated by reference herein, request that this Court enter judgment on behalf of Defendants because Plaintiffs fail to state a claim or because there are no disputed material facts and they are entitled to judgment as a matter of law.

  WHEREFORE, Defendants respectfully request the Court issue an Order granting judgment in their favor and against Plaintiff on all claims.

Respectfully submitted,

/s/
Bradley J. Neitzel
Assistant County Attorney
Bar No.: 26787
Baltimore County Office of Law

400 Washington Avenue, 2nd Floor
Towson, Maryland 21204
(410) 887-2364
(410) 296-0931 (facsimile)
bneitzel@baltimorecountymd.gov
*Counsel for Defendants*